UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 4:15-CV-1024 CAS |
| KAREN DEFINE MUDD, et al., ) ) | |
| Defendants. ) | |

# ORDER

This matter is before the Court on plaintiff Prudential Insurance Company of America's Motion for Leave to Deposit and for Interpleader Relief. No response has been filed to the motion, and the time to do so has passed. The motion to deposit funds will be granted. The remainder of the relief sought by plaintiff will be denied without prejudice as premature, pending the deposit of funds into the Court Registry.

Prudential Insurance Company of America may file a motion to be dismissed from this action and for other appropriate relief after it has paid the insurance policy's death benefit into the Court Registry. Any request for attorneys' fees shall be accompanied by billing records.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Prudential Insurance Company of America's Motion for Leave to Deposit and for Interpleader Relief is **GRANTED** in part and **DENIED** in part without prejudice; the motion is **GRANTED** as to the motion to deposit funds, and **DENIED** without prejudice as premature as to the other requested relief. [Doc. 15]

**IT IS FURTHER ORDERED** that pursuant to Rule 67 of the Federal Rules of Civil Procedure, Prudential Insurance Company of America shall deposit into the Registry of the Court $300,000.00, together with applicable interest, if any.

**IT IS FURTHER ORDERED** that the Clerk shall deposit the funds in a money market or other instrument, at the prevailing rate of interest at a federally-approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

**IT IS FURTHER ORDERED** that the Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated on the amount and time of deposit into the Court, without further Order of the Court. Said fee is authorized by the Judicial Conference of the United States.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   28th   day of December, 2015.