# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) | No. 4:15-CV-01024 CAS |
| ) vs. ) ) | |
| KAREN DEFINE MUDD, STACEY MUDD, ALEX MUDD, and AUSTIN MUDD ) ) ) | |
| Defendants. ) | |

## ORDER OF DISBURSEMENT

This matter is before the Court for disbursement of an interpleader fund pursuant to the Court's Memorandum and Order dated April 19, 2016, and Local Rule 13.04(D)(2):

**IT IS HEREBY ORDERED** that the principal sum initially deposited on January 4, 2016, was Three Hundred One Thousand Five Hundred Sixty-Four Dollars and Eighty-Five Cents ($301,564.85) (the Death Benefit).

**IT IS FURTHER ORDERED** that the Death Benefit shall be disbursed in equal amounts as follows:

- Karen Define Mudd - $100,521.61;
- Alex Mudd - $100,521.61; and
- Austin Mudd - $100,521.61.

**IT IS FURTHER ORDERED** that after deductions from the total accrued interest and the applicable administrative fee pursuant to the General Order of January 10, 1991, the accrued interest shall be disbursed in equal amounts as follows:

- Karen Define Mudd - 33.33%;
- Alex Mudd - 33.33%; and
- Austin Mudd - 33.33%.

**IT IS FURTHER ORDERED** that three separate disbursement checks shall be made and payable to:

- "Karen Mudd and The Gunn Law Firm, P.C."
- "Alex Mudd"
- "Austin Mudd"

**IT IS FURTHER ORDERED** that the check made payable to Karen Mudd and The Gunn Law Firm, P.C. shall be delivered to Karen Define Mudd c/o The Gunn Law Firm, P.C., 1714 Deer Tracks Trail, Suite 240, St. Louis, MO 63131.

**IT IS FURTHER ORDERED** that the check made payable to Alex Mudd shall be delivered to Alex Mudd, 6 Lussac Court, Lake St. Louis, MO 63367.

**IT IS FURTHER ORDERED** that the check made payable to Austin Mudd shall be delivered to Austin Mudd, 6 Lussac Court, Lake St. Louis, MO 63367.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this <u>  3rd  </u> day of May, 2016.